UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Marylyn Todd ) <br> Albert Todd ) <br> E.D., Minor Child ) <br> John Schmitt ) <br> Emilee Spiller ) <br> Terese Grinnell ) <br> Monica Holm ) <br>     Plaintiffs ) <br> ) <br> v. ) <br> ) <br> State of New Hampshire ) <br> Governor Christopher Sununu ) <br> New Hampshire State Police ) <br> John Does, 1-100 ) <br>     Defendants ) | Case No.: 1:24-CV-00330 <br><br> Plaintiffs Request Trial by Jury |

## PETITIONERS' MOTION FOR ENTRY OF DEFAULT JUDGMENT

NOW COME the Petitioners, by and through counsel, Christopher R. Burns, Esquire of Burns Legal Services, and files the foregoing *Motion for Entry of Default Judgment*, stating in support hereof as follows:

1. The Petitioners in this matter filed the underlying Complaint on October 14, 2024. (See, ECF Doc. 1).

2. Appearances and Waivers of Service were entered for the Respondents on December 20, 2024. (See, ECF Docs. 3 & 4).

*Marylyn Todd, et al v. State of New Hampshire, et al*
Docket Number: 1:24-CV-00330
**Petitioners' Motion for Entry of Default Judgment**

1

3. The Waivers of Service filed on behalf of the Respondents specifically acknowledge that an answer to the underlying complaint was due within sixty (60) days of waiving service.

4. As the Waivers of Service were filed on December 20, 2024, the Respondents had until February 18, 2025, to file their respective Answers.

5. Moreover, the Waivers of Service filed by the Respondents specifically acknowledges that if they fail to file an Answer within 60 days, "a default judgment will be entered against me or the entity I represent".  (See, ECF Docs. 3 & 4).

6. As of the date of the filing of this Motion, no Answers have been filed.[1]

7. Moreover, the underlying Complaint was filed on October 14, 2024 (ECF Doc. 1) and notice of the lawsuit and waivers were sent to the Respondents on November 27, 2024 (ECF Doc. 2).

8. Accordingly, the Respondents have known about this matter for at least 90 days, but still have failed to answer this matter.

9. Based upon the foregoing the Respondents respectfully request the entry of default judgment against the Respondents.

WHEREFORE, the Plaintiffs respectfully move this Honorable Court for the following relief:

   A. Grant the foregoing Motion for Entry of Default Judgment;

   B. Enter default judgment against the Respondents; and

   C. Grant such other and further relief as this Court deems appropriate.

---

[1] Petitioners acknowledge that a Motion to Extend Time to Answer was filed by Respondents on February 18, 2025 (See, ECF Doc. 8), to which the Petitioner's objected under separate cover.

*Marylyn Todd, et al v. State of New Hampshire, et al*
Docket Number: 1:24-CV-00330
**Petitioners' Motion for Entry of Default Judgment**

2

                                        Respectfully submitted
                                        on behalf of Petitioners
                                        By and through counsel

Date: <u>February 26, 2025</u>                <u>/s/ Christopher R. Burns</u>
                                                  Burns Legal Services
                                                  Christopher R. Burns, Esquire
                                                  N.H. Bar No.: 15122
                                                  P.O. Box 621
                                                  Portsmouth, N.H.  03802-0621
                                                  603-966-5770
                                                  BurnsLegalServices603@gmail.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing document has been, this date, served electronically through the electronic filing system, to any interested party registered with the court's electronic filing system.

                                                       <u>/s/ Christopher R. Burns</u>
                                                       Christopher R. Burns, Esquire

*Marylyn Todd, et al v. State of New Hampshire, et al*
Docket Number: 1:24-CV-00330
**Petitioners' Motion for Entry of Default Judgment**

3