UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Marylyn Todd ) | |
| Albert Todd ) | |
| E.D., Minor Child ) | |
| John Schmitt ) | |
| Emilee Spiller ) | |
| Terese Grinnell ) | |
| Monica Holm ) | |
|     Plaintiffs ) | |
| ) | Case No.: 1:24-CV-00330 |
| v. ) | |
| State of New Hampshire ) | |
| Governor Christopher Sununu ) | |
| New Hampshire State Police ) | |
| John Does, 1-100 ) | |
|     Defendants ) | |

## PLAINTIFFS' ADDENDUM TO MOTION FOR LEAVE TO FILE LATE OBJECTION

NOW COME the Plaintiffs, by and through counsel, Christopher R. Burns, Esquire of Burns Legal Services, and files the foregoing *Addendum to Motion for Leave to File Late Objection*, stating in support hereof as follows:

1. In terms of concurrence pursuant to LR 7.1, it can reasonably be presumed that opposing counsel would not asset to the request for late entry based on the tenor of their prior filings.

*Marylyn Todd, et al v. State of New Hampshire, et al*
Docket Number: 1:24-CV-00330
**Plaintiffs' Addendum to Motion for Leave to File Late Objection**

1

WHEREFORE, the Plaintiffs respectfully move this Honorable Court for the following relief:

   A. Grant the previously filed Plaintiffs' Motion for Leave to File Late Objection;

   B. Accept the Plaintiff's Objection (ECF Doc. No. 16) as timely filed; and

   C. Grant such other and further relief as this Court deems appropriate.

                                              Respectfully submitted
                                              on behalf of Plaintiffs
                                              By and through counsel

Date: <u>June 22, 2025</u>                                  /s/ Christopher R. Burns
                                                            Burns Legal Services
                                                            Christopher R. Burns, Esquire
                                                            N.H. Bar No.: 15122
                                                            P.O. Box 621
                                                            Portsmouth, N.H.  03802-0621
                                                            603-966-5770
                                                           BurnsLegalServices603@gmail.com

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing document has been, this date, served electronically through the electronic filing system, to any interested party registered with the court's electronic filing system.

                                                           /s/ Christopher R. Burns
                                                           Christopher R. Burns, Esquire

*Marylyn Todd, et al v. State of New Hampshire, et al*
Docket Number: 1:24-CV-00330
**Plaintiffs' Addendum to Motion for Leave to File Late Objection**

2