## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Marylyn Todd ) <br> Albert Todd ) <br> E.D., Minor Child ) <br> John Schmitt ) <br> Emilee Spiller ) <br> Terese Grinnell ) <br> Monica Holm ) <br>       Plaintiffs ) <br> ) <br> v. ) <br> ) <br> State of New Hampshire ) <br> Governor Christopher Sununu ) <br> New Hampshire State Police ) <br> John Does, 1-100 ) <br>       Defendants ) | Case No.: 1:24-CV-00330 |

## **VOLUNTARY DISMISSAL OF PLAINTIFF EMILEE SPILLER**

NOW COMES, Emilee Spiller, by and through counsel, and files the foregoing *Voluntary Dismissal*, stating in support hereof as follows:

1. Plaintiff Emilee Spiller has confirmed that she does not desire to continue as a plaintiff in this matter.  Accordingly, Plaintiff Spiller moves for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41.

2. Based upon the foregoing, Plaintiff Spiller seeks a voluntary dismissal as it relates to all Defendants named herein.

*Marylyn Todd, et al v. State of New Hampshire, et al*
Docket Number: 1:24-CV-00330
**Voluntary Dismissal of Plaintiff Emilee Spiller**

1

3. In terms of concurrence pursuant to LR 7.1, it can reasonably be presumed that opposing counsel would not object to the relief requested herein.

WHEREFORE, the Plaintiff Emilee Spiller, respectfully moves this Honorable Court for the following relief:

    A. Grant the foregoing request by Emilee Spiller for a voluntary dismissal; and

    B. Grant such other and further relief as this Court deems appropriate.

                                                          Respectfully submitted
                                                          on behalf of Plaintiff Emilee Spiller
                                                          By and through counsel

Date: February 13, 2026                         /s/ Christopher R. Burns
                                                   Burns Legal Services
                                                   Christopher R. Burns, Esquire
                                                   N.H. Bar No.: 15122
                                                 P.O. Box 621
                                                 Portsmouth, N.H. 03802-0621
                                                 603-966-5770
                                                 BurnsLegalServices603@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document has been, this date, served electronically through the electronic filing system, to any interested party registered with the court's electronic filing system, or conventionally served via U.S. mail, first-class postage prepaid to any non-registered party

                                                          /s/ Christopher R. Burns
                                                          Christopher R. Burns, Esquire

*Marylyn Todd, et al v. State of New Hampshire, et al*
Docket Number: 1:24-CV-00330
**Voluntary Dismissal of Plaintiff Emilee Spiller**

2