UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| Marylyn Todd ) <br> Albert Todd ) <br> E.D., Minor Child ) <br> John Schmitt ) <br> Emilee Spiller ) <br> Terese Grinnell ) <br> Monica Holm ) <br>     Plaintiffs ) <br> ) <br> v. ) <br> ) <br> State of New Hampshire ) <br> Governor Christopher Sununu ) <br> New Hampshire State Police ) <br> John Does, 1-100 ) <br>     Defendants ) | Case No.: 1:24-CV-00330 |

## WITHDRAWAL OF COUNSEL AS TO PLAINTIFFS MARYLYN TODD AND ALBERT TODD

NOW COME, Plaintiff's Marylyn Todd and Albert Todd, by and through counsel, and file the foregoing *Withdrawal of Counsel*, stating in support hereof as follows:

1. Plaintiffs Marylyn Todd and Albert Todd have decided to move forward in this matter on a *pro se* basis.

2. Plaintiffs Marylyn Todd and Albert Todd are aware they must file a *pro se* appearance and that undersigned's withdrawal does not extend any pending deadlines.

*Marylyn Todd, et al v. State of New Hampshire, et al*
Docket Number: 1:24-CV-00330
**Withdrawal of Counsel as to Plaintiffs Marylyn Todd and Albert Todd**

1

3. So that Plaintiffs Marylyn Todd and Albert Todd may adequately represent themselves going forward, a copy of the file relative to Plaintiffs Marylyn Todd and Albert Todd has been released to them contemporaneous with the filing of this motion.

4. Withdrawal of undersigned was discussed on February 5, 2026, at the last hearing in this matter. In terms of concurrence pursuant to LR 7.1, it can reasonably be presumed that opposing counsel would not object to the relief requested herein.

WHEREFORE, the Plaintiffs Marylyn Todd and Albert Todd, respectfully move this Honorable Court for the following relief:

    A. Grant the foregoing Withdrawal of Counsel as to Plaintiffs Marylyn Todd and Albert Todd; and

    B. Grant such other and further relief as this Court deems appropriate.

                                        Respectfully submitted

Date: February 13, 2026                    /s/ Marylyn Todd
                                            Marylyn Todd

Date: February 13, 2026                    /s/ Albert Todd
                                            Albert Todd

                                          By and through counsel

Date: February 13, 2026                    /s/ Christopher R. Burns
                                            Burns Legal Services
                                            Christopher R. Burns, Esquire
                                            N.H. Bar No.: 15122
                                            P.O. Box 621
                                            Portsmouth, N.H. 03802-0621
                                            603-966-5770
                                            BurnsLegalServices603@gmail.com

*Marylyn Todd, et al v. State of New Hampshire, et al*
Docket Number: 1:24-CV-00330
**Withdrawal of Counsel as to Plaintiffs Marylyn Todd and Albert Todd**

2

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing document has been, this date, served electronically through the electronic filing system, to any interested party registered with the court's electronic filing system, or conventionally served via U.S. mail, first-class postage prepaid to any non-registered party.

                                               /s/ Christopher R. Burns
                                               Christopher R. Burns, Esquire

*Marylyn Todd, et al v. State of New Hampshire, et al*
Docket Number: 1:24-CV-00330
**Withdrawal of Counsel as to Plaintiffs Marylyn Todd and Albert Todd**

3