# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| Marylyn Todd )<br>Albert Todd )<br>E.D., Minor Child )<br>John Schmitt )<br>Emilee Spiller )<br>Terese Grinnell )<br>Monica Holm )<br>      Plaintiffs )<br>)<br>v. )<br>)<br>State of New Hampshire )<br>Governor Christopher Sununu )<br>New Hampshire State Police )<br>John Does, 1-100 )<br>      Defendants ) | Case No.: 1:24-CV-00330 |

## WITHDRAWAL OF COUNSEL AS TO PLAINTIFFS
## JOHN SCHMITT, TERESE GRINNELL AND MONICA HOLM

NOW COME, Plaintiff's John Schmitt, Terese Grinnell and Monica Holm, by and through counsel, and file the foregoing *Withdrawal of Counsel*, stating in support hereof as follows:

1. Plaintiffs John Schmitt, Terese Grinnell and Monica Holm have decided to move forward in this matter on a *pro se* basis.

2. Plaintiffs John Schmitt, Terese Grinnell and Monica Holm are aware they must file a *pro se* appearance and that undersigned's withdrawal does not extend any pending deadlines.

*Marylyn Todd, et al v. State of New Hampshire, et al*
Docket Number: 1:24-CV-00330
**Withdrawal of Counsel as to Plaintiffs John Schmitt, Terese Grinnell and Monica Holm**

1

2

3. So that Plaintiffs John Schmitt, Terese Grinnell and Monica Holm may adequately represent themselves going forward, a copy of the file has been released to them contemporaneous with the filing of this motion.

4. Prior to the filing of this motion, contact information for all Plaintiffs' was forwarded to the case manager.

5. Withdrawal of undersigned was discussed on February 5, 2026, at the last hearing in this matter. In terms of concurrence pursuant to LR 7.1, it can reasonably be presumed that opposing counsel would not object to the relief requested herein.

WHEREFORE, the Plaintiffs John Schmitt, Terese Grinnell and Monica Holm, respectfully move this Honorable Court for the following relief:

    A. Grant the foregoing Withdrawal of Counsel as to Plaintiffs John Schmitt, Terese Grinnell and Monica Holm; and

    B. Grant such other and further relief as this Court deems appropriate.

                                       Respectfully submitted

Date: February 23, 2026                        /s/ John Schmitt
                                            John Schmitt

Date: February 23, 2026                        /s/ Terese Grinnell
                                            Terese Grinnell

Date: February 23, 2026                        /s/ Monica Holm
                                            Monica Holm

Docket Number: 1:24-CV-00330
**Withdrawal of Counsel as to Plaintiffs John Schmitt, Terese Grinnell and Monica Holm**

2

|  |  |
|---|---|
|  | By and through counsel |
| Date: February 23, 2026 | /s/ Christopher R. Burns<br>Burns Legal Services<br>Christopher R. Burns, Esquire<br>N.H. Bar No.: 15122<br>P.O. Box 621<br>Portsmouth, N.H.  03802-0621<br>603-966-5770<br>BurnsLegalServices603@gmail.com |

### CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document has been, this date, served electronically through the electronic filing system, to any interested party registered with the court's electronic filing system, or conventionally served via U.S. mail, first-class postage prepaid to any non-registered party.

                                                                    /s/ Christopher R. Burns
                                                                    Christopher R. Burns

*Marylyn Todd, et al v. State of New Hampshire, et al*
Docket Number: 1:24-CV-00330
**Withdrawal of Counsel as to Plaintiffs John Schmitt, Terese Grinnell and Monica Holm**

3