UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Monica Holm
       Plaintiff,

Case No.: 1:24-cv-00330-TSM
v.

State of New Hampshire
Governor Christopher Sununu
New Hampshire State Police
John Does 1–100
       Defendants

PRO SE APPEARANCE OF PLAINTIFF JOHN SCHMITT

NOW COMES Plaintiff Monica Holm and hereby enters her appearance in this matter pro se.

Pursuant to the Court's Endorsed Order dated February 23, 2026, Plaintiff Monica Holm notifies the Court that she will represent herself in the above-captioned matter. She requests that all future pleadings, notices, and correspondence be sent directly to her at the address listed below.

Monica Holm
6 Mallard Drive
Hudson, NH 03051
603-620-6416
Monica.Holm@myfairpoint.net

Plaintiff understands that she is responsible for complying with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of New Hampshire, and all applicable deadlines.

Respectfully submitted,

Date: 3/3/2026      _____
                                       Monica Holm

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on counsel of record by hand delivery on this 3rd day of March, 2026.

Date: 3/3/2026     *Monica Holm* (signature)
_____
Monica Holm