UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

FILED - USDC -NH
2026 MAR 3 PM 1:00

John Schmitt
        Plaintiff,

Case No.: 1:24-cv-00330-TSM

v.

State of New Hampshire
Governor Christopher Sununu
New Hampshire State Police
John Does 1–100
        Defendants

PRO SE APPEARANCE OF PLAINTIFF JOHN SCHMITT

NOW COMES Plaintiff John Schmitt and hereby enters his appearance in this matter pro se.

Pursuant to the Court's Endorsed Order dated February 23, 2026, Plaintiff John Schmitt notifies the Court that he will represent himself in the above-captioned matter. He requests that all future pleadings, notices, and correspondence be sent directly to him at the address listed below.

John Schmitt
31 Green Acre Road
Keene, NH 03431
603-355-3725
JSchmitt88@yahoo.com

Plaintiff understands that he is responsible for complying with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of New Hampshire, and all applicable deadlines.

Respectfully submitted,

Date: 3/3/2026

                                            John Schmitt

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on counsel of record by hand delivery on this 3rd day of March, 2026.

Date: 3/3/2026

*John Schmitt* (signature)

John Schmitt