This document is a test to ensure that the filing will go through the CM/EMC system.

Albert Todd