UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Marylyn Todd
Albert Todd
John Schmitt
Monica Holm
         Plaintiffs

                                Case No.: 1:24-cv-00330-TSM

v.

State of New Hampshire
Governor Christopher Sununu
New Hampshire State Police
John Does 1–100
         Defendants

**NOTICE OF UPDATED ADDRESS AND CONTACT INFORMATION**

NOW COME Plaintiffs Marylyn Todd and Albert Todd, proceeding pro se, and hereby provide updated contact information as follows:

Marylyn Todd
Albert Todd
95050 Cheswick Oaks Drive
Fernandina Beach, FL 32034

Plaintiffs respectfully submit this Notice to update their mailing address in compliance with the Court's endorsed order requiring updated contact information.

Plaintiffs acknowledge that this filing is being made after the deadline set by the Court and submit this update promptly after discovering the oversight.

Respectfully submitted,

Date: <u>April 10, 2026</u>                        <u>/s/ Marylyn Todd</u>
                                          95050 Cheswick Oaks Dr.
                                          Fernandina Beach, Fl 32034
                                          603-233-9865
                                          Marylyn.Todd@gmail.com

Date: <u>April 10, 2026</u>                        <u>/s/ Albert Todd</u>
                                            Albert Todd
                                          95050 Cheswick Oaks Dr.
                                          Fernandina Beach, Fl 32034
                                          603-400-0834
                                          Albert.todd84@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I understand that the CM/ECF system will automatically send a Notice of Electronic Filing to all counsel of record who are registered participants in the system. Any parties not registered for electronic service will be served by U.S. Mail, first-class postage prepaid.

Date: <u>April 10, 2026</u>                                  /s/ Marylyn Todd
                                                            95050 Cheswick Oaks Dr.
                                                            Fernandina Beach, Fl 32034
                                                            603-233-9865
                                                            Marylyn.Todd@gmail.com

Date: <u>April 10, 2026</u>                                  /s/ Albert Todd
                                                            Albert Todd
                                                            95050 Cheswick Oaks Dr.
                                                            Fernandina Beach, Fl 32034
                                                            603-400-0834
                                                            Albert.todd84@gmail.com