Police Case Number  2021-071352

# THE STATE OF NEW HAMPSHIRE
## COMPLAINT

**Case Number:** _____          **Charge ID:** _____

SIN# NSP0400210071352A003

| ☐ VIOLATION | MISDEMEANOR   ☐ CLASS A      ☒ CLASS B       ☐ UNCLASSIFIED(non-person) |
|---|---|
| | FELONY        ☐ CLASS A  ☐ CLASS B  ☐ SPECIAL    ☐ UNCLASSIFIED(non-person) |

You are to appear at the: 6TH CIRCUIT - DISTRICT DIVISION - CONCORD        Court,

Address:  32 CLINTON STREET, CONCORD, NH 03301-2359        County:  MERRIMACK

Time:      08:00 AM                     Date:  11/19/2021

Under penalty of law to answer to a complaint charging you with the following offense:

THE UNDERSIGNED COMPLAINS THAT: PLEASE PRINT

| BUSSIERE-APPLETON | KATHLEEN | | A |
|---|---|---|---|
| Last Name | First Name | | Middle |
| 178 S MAIN ST APT 3 | NEWTON | NH | 03858 |
| Address | City | State | Zip |

| FEMALE | WHITE | 411 | 125 | HAZEL | BLOND OR STRAWBERRY |
|---|---|---|---|---|---|
| Sex | Race | Height | Weight | Eye Color | Hair Color |

| 09/21/1951 | 09BNK51211 | NH | |
|---|---|---|---|
| DOB | License #: | OP License State | |

☐COMM.VEH.        ☐COMM.DR.LIC.        ☐HAZ.MAT.        ☐16+PASSENGER

AT:  17 INSTITUTE DR, CONCORD, NH 03301

On 10/13/2021 at 11:00AM in MERRIMACK County NH, did commit the offense of:

RSA Name:              DISORDERLY CONDUCT

Contrary to RSA:       644:2

Inchoate:

(Sentence Enhancer):

And the laws of New Hampshire for which the defendant should be held to answer, in that the defendant did:

Purposely caused a breach of the peace and public inconvenience by disrupting the orderly conduct of business of a Governor and Executive Council Meeting at the New Hampshire Police Standards and Training Council facility in Concord, New Hampshire, after receiving a warning from Governor Sununu and New Hampshire State Troopers that continued verbal disruptions would result in arrest, to wit yell, "Leave him alone"

against the peace and dignity of the State.

☐ SERVED IN HAND

| _(signature)_ | CHARLES O'LEARY | NEW HAMPSHIRE STATE POLICE - TROOP D |
|---|---|---|
| Complainant Signature | Complainant Printed Name | Complainant Dept. |

Making a false statement on this complaint may result in criminal prosecution.

Oath below not required for police officers unless complaint class A misdemeanor or felony (RSA 592-A:7.I).

Personally appeared the above named complainant and made oath that the above complaint by him/her subscribed is, in his/her belief, true.

_____          _____

Date                                           Justice of the Peace

NH-JB-2962-D(6/27/2016)

00002

Police Case Number  2021-071352

# THE STATE OF NEW HAMPSHIRE
## COMPLAINT

Case Number: _____    Charge ID: _____

SIN# NSP0400210071352B005

| ☐ VIOLATION | MISDEMEANOR   ☐ CLASS A   ☒ CLASS B   ☐ UNCLASSIFIED(non-person) |
| | FELONY   ☐ CLASS A   ☐ CLASS B   ☐ SPECIAL   ☐ UNCLASSIFIED(non-person) |

You are to appear at the: 6TH CIRCUIT - DISTRICT DIVISION - CONCORD   Court,
Address: 32 CLINTON STREET, CONCORD, NH 03301-2359   County: MERRIMACK
Time: 08:00 AM   Date: 11/19/2021
Under penalty of law to answer to a complaint charging you with the following offense:
THE UNDERSIGNED COMPLAINS THAT: PLEASE PRINT

| GRINNELL | TERESE | |
|---|---|---|
| Last Name | First Name | Middle |
| 7337 OAK HILL RD | LOUDON | NH | 03307 |
| Address | City | State | Zip |
| FEMALE   WHITE | 507 | 175 | GREEN | RED OR AUBURN |
| Sex   Race | Height | Weight | Eye Color | Hair Color |
| 07/06/1973 | NHL17447952 | NH | |
| DOB | License #: | OP License State | |

☐COMM.VEH.   ☐COMM.DR.LIC.   ☐HAZ.MAT.   ☐16+PASSENGER

AT: 17 INSTITUTE DR, CONCORD, NH 03301
On 10/13/2021 at 11:00AM in MERRIMACK County NH, did commit the offense of:
RSA Name:   DISORDERLY CONDUCT
Contrary to RSA:   644:2
Inchoate:
(Sentence Enhancer):

And the laws of New Hampshire for which the defendant should be held to answer, in that the defendant did:

Purposely caused a breach of the peace and public inconvenience by disrupting the orderly conduct of business of a Governor and Executive Council Meeting at the New Hampshire Police Standards and Training Council facility in Concord, New Hampshire, after receiving a warning from Governor Sununu and New Hampshire State Troopers that continued verbal disruptions would result in arrest, to wit yell "Amen"

against the peace and dignity of the State.
☐ SERVED IN HAND

| _signature_ | CHARLES O'LEARY | NEW HAMPSHIRE STATE POLICE - TROOP D |
|---|---|---|
| Complainant Signature | Complainant Printed Name | Complainant Dept. |

Making a false statement on this complaint may result in criminal prosecution.
Oath below not required for police officers unless complaint class A misdemeanor or felony (RSA 592-A:7.I).
Personally appeared the above named complainant and made oath that the above complaint by him/her subscribed is, in his/her belief, true.

_____        _____
Date                             Justice of the Peace
NH-JB-2962-D(6/27/2016)

00011

Police Case Number 2021-071352

# THE STATE OF NEW HAMPSHIRE
## COMPLAINT

Case Number: _____          Charge ID: _____

SIN# NSP0400210071352H016

| ☐ VIOLATION | MISDEMEANOR    ☐ CLASS A    ☒ CLASS B | ☐ UNCLASSIFIED(non-person) |
|---|---|---|
| | FELONY    ☐ CLASS A  ☐ CLASS B  ☐ SPECIAL | ☐ UNCLASSIFIED(non-person) |

You are to appear at the: 6TH CIRCUIT - DISTRICT DIVISION - CONCORD    Court,

Address:  32 CLINTON STREET, CONCORD, NH 03301-2359    County:  MERRIMACK

Time:     08:00 AM                    Date:  11/19/2021

Under penalty of law to answer to a complaint charging you with the following offense:

THE UNDERSIGNED COMPLAINS THAT: PLEASE PRINT

| HOLM | MONICA | | ANNE |
|---|---|---|---|
| Last Name | First Name | | Middle |
| 6 MALLARD DRIVE | HUDSON | NH | 03051 |
| Address | City | State | Zip |
| FEMALE          WHITE | 509          225 | HAZEL | BROWN |
| Sex              Race | Height          Weight | Eye Color | Hair Color |
| 04/05/1963 | NHL19320746 | NH | |
| DOB | License #: | OP License State | |

☐COMM.VEH.          ☐COMM.DR.LIC.          ☐HAZ.MAT.          ☐16+PASSENGER

AT:  17 INSTITUTE DR, CONCORD, NH 03301

On 10/13/2021 at 11:00AM in MERRIMACK County NH, did commit the offense of:

RSA Name:          DISORDERLY CONDUCT

Contrary to RSA:          644:2

Inchoate:

(Sentence Enhancer):


And the laws of New Hampshire for which the defendant should be held to answer, in that the defendant did:

Purposely caused a breach of the peace and public inconvenience by disrupting the orderly conduct of business of a Governor and Executive Council Meeting at the New Hampshire Police Standards and Training Council facility in Concord, New Hampshire, after receiving a warning from Governor Sununu and New Hampshire State Troopers that continued verbal disruptions would result in arrest, to wit yelling, loud noises


against the peace and dignity of the State.

☐ SERVED IN HAND

| _(signature)_ | CHARLES O'LEARY | NEW HAMPSHIRE STATE POLICE - TROOP D |
|---|---|---|
| Complainant Signature | Complainant Printed Name | Complainant Dept. |

Making a false statement on this complaint may result in criminal prosecution.

Oath below not required for police officers unless complaint class A misdemeanor or felony (RSA 592-A:7.I).

Personally appeared the above named complainant and made oath that the above complaint by him/her subscribed is, in his/her belief, true.


_____                    _____

Date                                         Justice of the Peace

NH-JB-2962-D(6/27/2016)

00017

Police Case Number:  2021-071352

# THE STATE OF NEW HAMPSHIRE
## COMPLAINT

Case Number: _____        Charge ID: _____

SIN# NSP0400210071352F013

| ☐ VIOLATION | MISDEMEANOR   ☐ CLASS A   ☒ CLASS B        ☐ UNCLASSIFIED(non-person) |
|---|---|
|  | FELONY        ☐ CLASS A   ☐ CLASS B  ☐ SPECIAL        ☐ UNCLASSIFIED(non-person) |

You are to appear at the: 6TH CIRCUIT - DISTRICT DIVISION - CONCORD            Court,

Address:  32 CLINTON STREET, CONCORD, NH 03301-2359            County:  MERRIMACK

Time:      08:00 AM                    Date:  11/19/2021

Under penalty of law to answer to a complaint charging you with the following offense:

THE UNDERSIGNED COMPLAINS THAT: PLEASE PRINT

| SCHMITT | JOHN | | R |
|---|---|---|---|
| Last Name | First Name | | Middle |
| 31 GREEN ACRES RD | KEENE | NH | 03431 |
| Address | City | State | Zip |
| MALE          WHITE | 507          145 | BLUE | GRAY OR PARTIALLY GRAY |
| Sex          Race | Height          Weight | Eye Color | Hair Color |
| 11/05/1952 | 11STJ52051 | NH | |
| DOB | License #: | OP License State | |
| ☐COMM.VEH.          ☐COMM.DR.LIC.          ☐HAZ.MAT.          ☐16+PASSENGER | | | |

AT:  17 INSTITUTE DR, CONCORD, NH 03301

On 10/13/2021 at 11:00AM in MERRIMACK County NH, did commit the offense of:

RSA Name:                DISORDERLY CONDUCT

Contrary to RSA:        644:2

Inchoate:

(Sentence Enhancer):

And the laws of New Hampshire for which the defendant should be held to answer, in that the defendant did:

Purposely caused a breach of the peace and public inconvenience by disrupting the orderly conduct of business of a Governor and Executive Council Meeting at the New Hampshire Police Standards and Training Council facility in Concord, New Hampshire, after receiving a warning from Governor Sununu and New Hampshire State Troopers that continued verbal disruptions would result in arrest, to wit saying: "We are the people, you are arresting the wrong people, why don't you arrest the damn emperor"

against the peace and dignity of the State.

☐ SERVED IN HAND

| _signature_ | CHARLES O'LEARY | NEW HAMPSHIRE STATE POLICE - TROOP D |
|---|---|---|
| Complainant Signature | Complainant Printed Name | Complainant Dept. |

Making a false statement on this complaint may result in criminal prosecution.

Oath below not required for police officers unless complaint class A misdemeanor or felony (RSA 592-A:7.I).

Personally appeared the above named complainant and made oath that the above complaint by him/her subscribed is, in his/her belief, true.

_____                    _____

Date                                    Justice of the Peace

NH-JB-2962-D(6/27/2016)

# 00022

Police Case Number: 2021-071352

# THE STATE OF NEW HAMPSHIRE
## COMPLAINT

Case Number: _____     Charge ID: _____

SIN# NSP04002100071352005

| ☐ VIOLATION | MISDEMEANOR ☐ CLASS A ☒ CLASS B | ☐ UNCLASSIFIED(non-person) |
|---|---|---|
| | FELONY ☐ CLASS A ☐ CLASS B ☐ SPECIAL | ☐ UNCLASSIFIED(non-person) |

You are to appear at the: 6TH CIRCUIT - DISTRICT DIVISION - CONCORD    Court,

Address: 32 CLINTON STREET, CONCORD, NH 03301-2359    County: MERRIMACK

Time: 08:00 AM    Date: 11/19/2021

Under penalty of law to answer to a complaint charging you with the following offense:

THE UNDERSIGNED COMPLAINS THAT: PLEASE PRINT

| STAPLES | FRANK | | N |
|---|---|---|---|
| Last Name | First Name | | Middle |
| 332 MERRIMACK ST | MANCHESTER | NH | 03103 |
| Address | City | State | Zip |
| MALE       WHITE | 601 | 180 | BROWN    BLACK |
| Sex          Race | Height | Weight | Eye Color    Hair Color |
| 12/18/1979 | NHL10461468 | NH | |
| DOB | License #: | OP License State | |

☐COMM.VEH.        ☐COMM.DR.LIC.        ☐HAZ.MAT.            ☐16+PASSENGER

AT: 17 INSTITUTE DR, CONCORD, NH 03301

On 10/13/2021 at 11:00AM in MERRIMACK County NH, did commit the offense of:

RSA Name:            DISORDERLY CONDUCT

Contrary to RSA:        644:2

Inchoate:

(Sentence Enhancer):

And the laws of New Hampshire for which the defendant should be held to answer, in that the defendant did:

Purposely caused a breach of the peace and public inconvenience by disrupting the orderly conduct of business of a Governor and Executive Council Meeting at the New Hampshire Police Standards and Training Council facility in Concord, New Hampshire, after receiving a warning from Governor Sununu and New Hampshire State Troopers that continued verbal disruptions would result in arrest, to wit making a loud noise

against the peace and dignity of the State.

☐ SERVED IN HAND

| _(signature)_ | CHARLES O'LEARY | NEW HAMPSHIRE STATE POLICE - TROOP D |
|---|---|---|
| Complainant Signature | Complainant Printed Name | Complainant Dept. |

Making a false statement on this complaint may result in criminal prosecution.

Oath below not required for police officers unless complaint class A misdemeanor or felony (RSA 592-A:7.I).

Personally appeared the above named complainant and made oath that the above complaint by him/her subscribed is, in his/her belief, true.

_____        _____

Date                                 Justice of the Peace

NH-JB-2962-D(6/27/2016)

00033

# THE STATE OF NEW HAMPSHIRE
## COMPLAINT

**Case Number:** _____     **Charge ID:** _____

SIN# NSP0400210071352G014

| ☐ VIOLATION | MISDEMEANOR  ☐ CLASS A  ☒ CLASS B | ☐ UNCLASSIFIED(non-person) |
|---|---|---|
| | FELONY  ☐ CLASS A  ☐ CLASS B  ☐ SPECIAL | ☐ UNCLASSIFIED(non-person) |

You are to appear at the: 6TH CIRCUIT - DISTRICT DIVISION - CONCORD    Court,
Address: 32 CLINTON STREET, CONCORD, NH 03301-2359    County: MERRIMACK
Time:    08:00 AM    Date: 11/19/2021
Under penalty of law to answer to a complaint charging you with the following offense:
THE UNDERSIGNED COMPLAINS THAT: PLEASE PRINT

TODD    ALBERT

| Last Name | First Name | | Middle |
|---|---|---|---|
| 4 GREELEY ST | NASHUA | NH | 03060 |
| Address | City | State | Zip |
| MALE  WHITE | 507 | 195 | HAZEL  BROWN |
| Sex  Race | Height | Weight | Eye Color  Hair Color |
| 10/19/1988 | NHL11857177 | NH | |
| DOB | License #: | OP License State | |

☐COMM.VEH.    ☐COMM.DR.LIC.    ☐HAZ.MAT.    ☐16+PASSENGER

AT: 17 INSTITUTE DR, CONCORD, NH 03301
On 10/13/2021 at 11:00AM in MERRIMACK County NH, did commit the offense of:
RSA Name:    DISORDERLY CONDUCT
Contrary to RSA:    644:2
Inchoate:
(Sentence Enhancer):

And the laws of New Hampshire for which the defendant should be held to answer, in that the defendant did:

Purposely caused a breach of the peace and public inconvenience by disrupting the orderly conduct of business of a Governor and Executive Council Meeting at the New Hampshire Police Standards and Training Council facility in Concord, New Hampshire, after receiving a warning from Governor Sununu and New Hampshire State Troopers that continued verbal disruptions would result in arrest, to wit yelling loud words

against the peace and dignity of the State.
☐ SERVED IN HAND

| Complainant Signature | Complainant Printed Name | Complainant Dept. |
|---|---|---|
| | CHARLES O'LEARY | NEW HAMPSHIRE STATE POLICE - TROOP D |

Making a false statement on this complaint may result in criminal prosecution.
Oath below not required for police officers unless complaint class A misdemeanor or felony (RSA 592-A:7.I).
Personally appeared the above named complainant and made oath that the above complaint by him/her subscribed is, in his/her belief, true.

_____    _____
Date    Justice of the Peace
NH-JB-2962-D(6/27/2016)

00045

Police Case Number  2021-071352

# THE STATE OF NEW HAMPSHIRE
## COMPLAINT

Case Number: _____    Charge ID: _____

SIN# NSP0400210071352E012

| ☐ VIOLATION | MISDEMEANOR ☐ CLASS A ☒ CLASS B | ☐ UNCLASSIFIED(non-person) |
|---|---|---|
| | FELONY ☐ CLASS A ☐ CLASS B ☐ SPECIAL | ☐ UNCLASSIFIED(non-person) |

You are to appear at the: 6TH CIRCUIT - DISTRICT DIVISION - CONCORD     Court,

Address: 32 CLINTON STREET, CONCORD, NH 03301-2359     County: MERRIMACK

Time:     08:00 AM                    Date: 11/19/2021

Under penalty of law to answer to a complaint charging you with the following offense:

THE UNDERSIGNED COMPLAINS THAT: PLEASE PRINT

| TODD | MARYLYN | | T |
|---|---|---|---|
| Last Name | First Name | | Middle |
| 4 GREELEY ST | NASHUA | NH | 03064-2166 |
| Address | City | State | Zip |
| FEMALE      WHITE | 502      165 | BROWN | BROWN |
| Sex           Race | Height      Weight | Eye Color | Hair Color |
| 07/08/1984 | 07TDM84081 | NH | |
| DOB | License #: | OP License State | |

☐COMM.VEH.          ☐COMM.DR.LIC.          ☐HAZ.MAT.               ☐16+PASSENGER

AT: 17 INSTITUTE DR, CONCORD, NH 03301

On 10/13/2021 at 11:00AM in MERRIMACK County NH, did commit the offense of:

RSA Name:               DISORDERLY CONDUCT

Contrary to RSA:          644:2

Inchoate:

(Sentence Enhancer):

And the laws of New Hampshire for which the defendant should be held to answer, in that the defendant did:

Purposely caused a breach of the peace and public inconvenience by disrupting the orderly conduct of business of a Governor and Executive Council Meeting at the New Hampshire Police Standards and Training Council facility in Concord, New Hampshire, after receiving a warning from Governor Sununu and New Hampshire State Troopers that continued verbal disruptions would result in arrest, to wit yelling: "You guys just took a thousand dollars from his father" and/or "What is wrong with you guys"

against the peace and dignity of the State.

☐ SERVED IN HAND

| _____ | CHARLES O'LEARY | NEW HAMPSHIRE STATE POLICE - TROOP D |
|---|---|---|
| Complainant Signature | Complainant Printed Name | Complainant Dept. |

Making a false statement on this complaint may result in criminal prosecution.

Oath below not required for police officers unless complaint class A misdemeanor or felony (RSA 592-A:7.I).

Personally appeared the above named complainant and made oath that the above complaint by him/her subscribed is, in his/her belief, true.

_____              _____

Date                                    Justice of the Peace

NH-JB-2962-D(6/27/2016)

00050