**TERESE R. GRINNELL**

**#429-2021-CR-3644**

**Charge I.D. #'s 1967461c-64c**

## OBJECTION TO DEFENDANT'S MOTION TO DISMISS/QUASH

**NOW COMES** the State of New Hampshire by and through Charles F. O'Leary, Esquire, Department of Safety Prosecutor, and files this OBJECTION to the Defendant's Motion to Dismiss/Quash in the above-captioned case.

In support of this response the State sets forth the following response:

### Procedural History

1. The defendant is before the Court charged with Disorderly Conduct (Class B misdemeanors). The four complaints encompass alleged criminal conduct by Ms. Grinnell which occurred at the Police Standards and Training Facility in Concord, N.H. on October 13, 2021. The State alleges there were two instances where Ms. Grinnell engaged in disorderly conduct, and in each instance the State has elected to charge the conduct under alternate theories regarding her mental state.

2. The first instance of disorderly conduct relates to when Ms. Grinnell uttered the words "Amen" while while raising her arms up above her head and then dropping them during the course of a Governor and Executive Counsel meeting occurring at the facility. The State alleges that this conduct occurred after Ms. Grinnell and Mr. Frank Staples, who were seated together, had been given a direct warning by Sergeant Gregory Deluca of the N.H. State Police that further disruptive behavior would lead to their arrest. This warning