**Exhibit C: States Criminal Discovery Video**

Plaintiffs provide Exhibit C via secure external link due to CM/ECF file limitations and will provide a physical copy upon request of the court.

https://drive.google.com/file/d/1A0OOyAmBypC_H2iVzEdehcLEDyQl20pq/view?usp=drive_link