Police Case Number: 2021-071352

# THE STATE OF NEW HAMPSHIRE
## COMPLAINT

Case Number: _____          Charge ID: _____

SIN# NSP0400210071352A003

| ☐ VIOLATION | MISDEMEANOR  ☐ CLASS A     ☒ CLASS B | ☐ UNCLASSIFIED(non-person) |
|---|---|---|
| | FELONY          ☐ CLASS A  ☐ CLASS B  ☐ SPECIAL | ☐ UNCLASSIFIED(non-person) |

You are to appear at the: 6TH CIRCUIT - DISTRICT DIVISION - CONCORD          Court,

Address:  32 CLINTON STREET, CONCORD, NH 03301-2359          County:  MERRIMACK

Time:      08:00 AM                         Date:  11/19/2021

Under penalty of law to answer to a complaint charging you with the following offense:

THE UNDERSIGNED COMPLAINS THAT: PLEASE PRINT

| BUSSIERE-APPLETON | KATHLEEN | | A |
|---|---|---|---|
| Last Name | First Name | | Middle |
| 178 S MAIN ST APT 3 | NEWTON | NH | 03858 |
| Address | City | State | Zip |

| FEMALE | WHITE | 411 | 125 | HAZEL | BLOND OR STRAWBERRY |
|---|---|---|---|---|---|
| Sex | Race | Height | Weight | Eye Color | Hair Color |

| 09/21/1951 | 09BNK51211 | NH |
|---|---|---|
| DOB | License #: | OP License State |

☐COMM.VEH.          ☐COMM.DR.LIC.          ☐HAZ.MAT.          ☐16+PASSENGER

AT:  17 INSTITUTE DR, CONCORD, NH 03301

On 10/13/2021 at 11:00AM in MERRIMACK County NH, did commit the offense of:

RSA Name:                 DISORDERLY CONDUCT

Contrary to RSA:          644:2

Inchoate:

(Sentence Enhancer):

And the laws of New Hampshire for which the defendant should be held to answer, in that the defendant did:

Purposely caused a breach of the peace and public inconvenience by disrupting the orderly conduct of business of a Governor and Executive Council Meeting at the New Hampshire Police Standards and Training Council facility in Concord, New Hampshire, after receiving a warning from Governor Sununu and New Hampshire State Troopers that continued verbal disruptions would result in arrest, to wit yell, "Leave him alone"

against the peace and dignity of the State.

☐ SERVED IN HAND

| _(signature)_ | CHARLES O'LEARY | NEW HAMPSHIRE STATE POLICE - TROOP D |
|---|---|---|
| Complainant Signature | Complainant Printed Name | Complainant Dept. |

Making a false statement on this complaint may result in criminal prosecution.

Oath below not required for police officers unless complaint class A misdemeanor or felony (RSA 592-A:7.I).

Personally appeared the above named complainant and made oath that the above complaint by him/her subscribed is, in his/her belief, true.

_____               _____

Date                                                  Justice of the Peace

NH-JB-2962-D(6/27/2016)

# 00002

Police Case Number  2021-071352

# THE STATE OF NEW HAMPSHIRE
## COMPLAINT

Case Number: _____          Charge ID: _____

SIN# NSP0400210071352B005

| ☐ VIOLATION | MISDEMEANOR  ☐ CLASS A      ☒ CLASS B      ☐ UNCLASSIFIED(non-person) |
|---|---|
| | FELONY      ☐ CLASS A  ☐ CLASS B  ☐ SPECIAL      ☐ UNCLASSIFIED(non-person) |

You are to appear at the: 6TH CIRCUIT - DISTRICT DIVISION - CONCORD          Court,

Address:  32 CLINTON STREET, CONCORD, NH 03301-2359          County:  MERRIMACK

Time:      08:00 AM                              Date:   11/19/2021

Under penalty of law to answer to a complaint charging you with the following offense:

THE UNDERSIGNED COMPLAINS THAT: PLEASE PRINT

| GRINNELL | TERESE | | |
|---|---|---|---|
| Last Name | First Name | | Middle |
| 7337 OAK HILL RD | LOUDON | NH | 03307 |
| Address | City | State | Zip |
| FEMALE      WHITE | 507         175 | GREEN | RED OR AUBURN |
| Sex         Race | Height      Weight | Eye Color | Hair Color |
| 07/06/1973 | NHL17447952 | NH | |
| DOB | License #: | OP License State | |

☐COMM.VEH.           ☐COMM.DR.LIC.           ☐HAZ.MAT.                ☐16+PASSENGER

AT:  17 INSTITUTE DR, CONCORD, NH 03301

On 10/13/2021 at 11:00AM in MERRIMACK County NH, did commit the offense of:

RSA Name:                DISORDERLY CONDUCT

Contrary to RSA:          644:2

Inchoate:

(Sentence Enhancer):

And the laws of New Hampshire for which the defendant should be held to answer, in that the defendant did:

Purposely caused a breach of the peace and public inconvenience by disrupting the orderly conduct of business of a Governor and Executive Council Meeting at the New Hampshire Police Standards and Training Council facility in Concord, New Hampshire, after receiving a warning from Governor Sununu and New Hampshire State Troopers that continued verbal disruptions would result in arrest, to wit yell "Amen"

against the peace and dignity of the State.

☐ SERVED IN HAND

| _Charles O'Leary (signature)_ | CHARLES O'LEARY | NEW HAMPSHIRE STATE POLICE - TROOP D |
|---|---|---|
| Complainant Signature | Complainant Printed Name | Complainant Dept. |

Making a false statement on this complaint may result in criminal prosecution.

Oath below not required for police officers unless complaint class A misdemeanor or felony (RSA 592-A:7.I).

Personally appeared the above named complainant and made oath that the above complaint by him/her subscribed is, in his/her belief, true.

_____              _____

Date                                      Justice of the Peace

NH-JB-2962-D(6/27/2016)

00011

Police Case Number  2021-071352

# THE STATE OF NEW HAMPSHIRE
## COMPLAINT

Case Number: _____          Charge ID: _____

SIN# NSP0400210071352H016

| ☐ VIOLATION | MISDEMEANOR    ☐ CLASS A      ☒ CLASS B      ☐ UNCLASSIFIED(non-person) |
|---|---|
| | FELONY        ☐ CLASS A  ☐ CLASS B  ☐ SPECIAL      ☐ UNCLASSIFIED(non-person) |

You are to appear at the: 6TH CIRCUIT - DISTRICT DIVISION - CONCORD          Court,

Address:  32 CLINTON STREET, CONCORD, NH 03301-2359          County:  MERRIMACK

Time:    08:00 AM          Date:  11/19/2021

Under penalty of law to answer to a complaint charging you with the following offense:

THE UNDERSIGNED COMPLAINS THAT: PLEASE PRINT

| HOLM | MONICA | | ANNE |
|---|---|---|---|
| Last Name | First Name | | Middle |
| 6 MALLARD DRIVE | HUDSON | NH | 03051 |
| Address | City | State | Zip |

| FEMALE | WHITE | 509 | 225 | HAZEL | BROWN |
|---|---|---|---|---|---|
| Sex | Race | Height | Weight | Eye Color | Hair Color |

| 04/05/1963 | NHL19320746 | NH |
|---|---|---|
| DOB | License #: | OP License State |

☐COMM.VEH.          ☐COMM.DR.LIC.          ☐HAZ.MAT.          ☐16+PASSENGER

AT:  17 INSTITUTE DR, CONCORD, NH 03301

On 10/13/2021 at 11:00AM in MERRIMACK County NH, did commit the offense of:

RSA Name:          DISORDERLY CONDUCT

Contrary to RSA:          644:2

Inchoate:

(Sentence Enhancer):


And the laws of New Hampshire for which the defendant should be held to answer, in that the defendant did:

Purposely caused a breach of the peace and public inconvenience by disrupting the orderly conduct of business of a Governor and Executive Council Meeting at the New Hampshire Police Standards and Training Council facility in Concord, New Hampshire, after receiving a warning from Governor Sununu and New Hampshire State Troopers that continued verbal disruptions would result in arrest, to wit yelling, loud noises




against the peace and dignity of the State.

☐ SERVED IN HAND

| _Signature_ | CHARLES O'LEARY | NEW HAMPSHIRE STATE POLICE - TROOP D |
|---|---|---|
| Complaint Signature | Complainant Printed Name | Complainant Dept. |

Making a false statement on this complaint may result in criminal prosecution.

Oath below not required for police officers unless complaint class A misdemeanor or felony (RSA 592-A:7.I).

Personally appeared the above named complainant and made oath that the above complaint by him/her subscribed is, in his/her belief, true.


_____          _____

Date          Justice of the Peace

NH-JB-2962-D(6/27/2016)

00017

# THE STATE OF NEW HAMPSHIRE
## COMPLAINT

Case Number: _____          Charge ID: _____

SIN# NSP0400210071352F013

| ☐ VIOLATION | MISDEMEANOR  ☐ CLASS A   ☒ CLASS B | ☐ UNCLASSIFIED(non-person) |
|---|---|---|
| | FELONY      ☐ CLASS A  ☐ CLASS B  ☐ SPECIAL | ☐ UNCLASSIFIED(non-person) |

You are to appear at the: 6TH CIRCUIT - DISTRICT DIVISION - CONCORD          Court,

Address:  32 CLINTON STREET, CONCORD, NH 03301-2359          County:  MERRIMACK

Time:     08:00 AM                    Date:  11/19/2021

Under penalty of law to answer to a complaint charging you with the following offense:

THE UNDERSIGNED COMPLAINS THAT: PLEASE PRINT

| SCHMITT | JOHN | | R |
|---|---|---|---|
| Last Name | First Name | | Middle |
| 31 GREEN ACRES RD | KEENE | NH | 03431 |
| Address | City | State | Zip |
| MALE      WHITE | 507       145 | BLUE | GRAY OR PARTIALLY GRAY |
| Sex       Race | Height    Weight | Eye Color | Hair Color |
| 11/05/1952 | 11STJ52051 | NH | |
| DOB | License #: | OP License State | |

☐COMM.VEH.          ☐COMM.DR.LIC.          ☐HAZ.MAT.          ☐16+PASSENGER

AT:  17 INSTITUTE DR, CONCORD, NH 03301

On 10/13/2021 at 11:00AM in MERRIMACK County NH, did commit the offense of:

RSA Name:               DISORDERLY CONDUCT

Contrary to RSA:        644:2

Inchoate:

(Sentence Enhancer):

And the laws of New Hampshire for which the defendant should be held to answer, in that the defendant did:

Purposely caused a breach of the peace and public inconvenience by disrupting the orderly conduct of business of a Governor and Executive Council Meeting at the New Hampshire Police Standards and Training Council facility in Concord, New Hampshire, after receiving a warning from Governor Sununu and New Hampshire State Troopers that continued verbal disruptions would result in arrest, to wit saying: "We are the people, you are arresting the wrong people, why don't you arrest the damn emperor"

against the peace and dignity of the State.

☐ SERVED IN HAND

| _(signature)_ | CHARLES O'LEARY | NEW HAMPSHIRE STATE POLICE - TROOP D |
|---|---|---|
| Complainant Signature | Complainant Printed Name | Complainant Dept. |

Making a false statement on this complaint may result in criminal prosecution.

Oath below not required for police officers unless complaint class A misdemeanor or felony (RSA 592-A:7.I).

Personally appeared the above named complainant and made oath that the above complaint by him/her subscribed is, in his/her belief, true.

_____          _____

Date                                            Justice of the Peace

NH-JB-2962-D(6/27/2016)

00022

Police Case Number 2021-071352

# THE STATE OF NEW HAMPSHIRE
## COMPLAINT

Case Number: _____          Charge ID: _____

SIN# NSP04002100071352005

| ☐ VIOLATION | MISDEMEANOR  ☐ CLASS A      ☒ CLASS B | ☐ UNCLASSIFIED(non-person) |
|---|---|---|
| | FELONY        ☐ CLASS A  ☐ CLASS B  ☐ SPECIAL | ☐ UNCLASSIFIED(non-person) |

You are to appear at the: 6TH CIRCUIT - DISTRICT DIVISION - CONCORD          Court,

Address:  32 CLINTON STREET, CONCORD, NH 03301-2359          County:  MERRIMACK

Time:      08:00 AM                          Date:   11/19/2021

Under penalty of law to answer to a complaint charging you with the following offense:

THE UNDERSIGNED COMPLAINS THAT: PLEASE PRINT

| STAPLES | FRANK | | N |
|---|---|---|---|
| Last Name | First Name | | Middle |
| 332 MERRIMACK ST | MANCHESTER | NH | 03103 |
| Address | City | State | Zip |

| MALE | WHITE | 601 | 180 | BROWN | BLACK |
|---|---|---|---|---|---|
| Sex | Race | Height | Weight | Eye Color | Hair Color |

| 12/18/1979 | NHL10461468 | NH |
|---|---|---|
| DOB | License #: | OP License State |

☐COMM.VEH.          ☐COMM.DR.LIC.          ☐HAZ.MAT.          ☐16+PASSENGER

AT:  17 INSTITUTE DR, CONCORD, NH 03301

On 10/13/2021 at 11:00AM in MERRIMACK County NH, did commit the offense of:

RSA Name:          DISORDERLY CONDUCT

Contrary to RSA:          644:2

Inchoate:

(Sentence Enhancer):


And the laws of New Hampshire for which the defendant should be held to answer, in that the defendant did:

Purposely caused a breach of the peace and public inconvenience by disrupting the orderly conduct of business of a Governor and Executive Council Meeting at the New Hampshire Police Standards and Training Council facility in Concord, New Hampshire, after receiving a warning from Governor Sununu and New Hampshire State Troopers that continued verbal disruptions would result in arrest, to wit making a loud noise




against the peace and dignity of the State.

☐ SERVED IN HAND

| _Charles O'Leary (signature)_ | CHARLES O'LEARY | NEW HAMPSHIRE STATE POLICE - TROOP D |
|---|---|---|
| Complainant Signature | Complainant Printed Name | Complainant Dept. |

Making a false statement on this complaint may result in criminal prosecution.

Oath below not required for police officers unless complaint class A misdemeanor or felony (RSA 592-A:7.I).

Personally appeared the above named complainant and made oath that the above complaint by him/her subscribed is, in his/her belief, true.


_____                          _____

Date                                             Justice of the Peace

NH-JB-2962-D(6/27/2016)

00033

Police Case Number: 2021-071352

# THE STATE OF NEW HAMPSHIRE
## COMPLAINT

Case Number: _____                Charge ID: _____

SIN# NSP0400210071352G014

| ☐ VIOLATION | MISDEMEANOR  ☐ CLASS A  ☒ CLASS B | ☐ UNCLASSIFIED(non-person) |
|---|---|---|
| | FELONY  ☐ CLASS A ☐ CLASS B ☐ SPECIAL | ☐ UNCLASSIFIED(non-person) |

You are to appear at the: 6TH CIRCUIT - DISTRICT DIVISION - CONCORD          Court,

Address:  32 CLINTON STREET, CONCORD, NH 03301-2359          County:  MERRIMACK

Time:     08:00 AM                Date:  11/19/2021

Under penalty of law to answer to a complaint charging you with the following offense:

THE UNDERSIGNED COMPLAINS THAT: PLEASE PRINT

| TODD | ALBERT | | |
|---|---|---|---|
| Last Name | First Name | | Middle |
| 4 GREELEY ST | NASHUA | NH | 03060 |
| Address | City | State | Zip |
| MALE | WHITE | 507 | 195 | HAZEL | BROWN |
| Sex | Race | Height | Weight | Eye Color | Hair Color |
| 10/19/1988 | NHL11857177 | NH | |
| DOB | License #: | OP License State | |

☐COMM.VEH.          ☐COMM.DR.LIC.          ☐HAZ.MAT.          ☐16+PASSENGER

AT:  17 INSTITUTE DR, CONCORD, NH 03301

On 10/13/2021 at 11:00AM in MERRIMACK County NH, did commit the offense of:

RSA Name:          DISORDERLY CONDUCT

Contrary to RSA:          644:2

Inchoate:

(Sentence Enhancer):


And the laws of New Hampshire for which the defendant should be held to answer, in that the defendant did:

Purposely caused a breach of the peace and public inconvenience by disrupting the orderly conduct of business of a Governor and Executive Council Meeting at the New Hampshire Police Standards and Training Council facility in Concord, New Hampshire, after receiving a warning from Governor Sununu and New Hampshire State Troopers that continued verbal disruptions would result in arrest, to wit yelling loud words


against the peace and dignity of the State.

☐ SERVED IN HAND

| _Signature_ | CHARLES O'LEARY | NEW HAMPSHIRE STATE POLICE - TROOP D |
|---|---|---|
| Complaint Signature | Complaint Printed Name | Complaint Dept. |

Making a false statement on this complaint may result in criminal prosecution.

Oath below not required for police officers unless complaint class A misdemeanor or felony (RSA 592-A:7.I).

Personally appeared the above named complaint and made oath that the above complaint by him/her subscribed is, in his/her belief, true.


_____                _____

Date                                                        Justice of the Peace

NH-JB-2962-D(6/27/2016)

00045

Police Case Number  2021-071352

# THE STATE OF NEW HAMPSHIRE
## COMPLAINT

Case Number: _____     Charge ID: _____

SIN# NSP0400210071352E012

| ☐ VIOLATION | MISDEMEANOR    ☐ CLASS A     ☒ CLASS B        ☐ UNCLASSIFIED(non-person) |
|---|---|
| | FELONY         ☐ CLASS A  ☐ CLASS B  ☐ SPECIAL        ☐ UNCLASSIFIED(non-person) |

You are to appear at the: 6TH CIRCUIT - DISTRICT DIVISION - CONCORD          Court,

Address:  32 CLINTON STREET, CONCORD, NH 03301-2359          County:  MERRIMACK

Time:      08:00 AM                     Date:  11/19/2021

Under penalty of law to answer to a complaint charging you with the following offense:

THE UNDERSIGNED COMPLAINS THAT: PLEASE PRINT

| TODD | MARYLYN | | T |
|---|---|---|---|
| Last Name | First Name | | Middle |
| 4 GREELEY ST | NASHUA | NH | 03064-2166 |
| Address | City | State | Zip |
| FEMALE      WHITE | 502 | 165      BROWN | BROWN |
| Sex          Race | Height | Weight      Eye Color | Hair Color |
| 07/08/1984 | 07TDM84081 | NH | |
| DOB | License #: | OP License State | |

☐COMM.VEH.          ☐COMM.DR.LIC.          ☐HAZ.MAT.              ☐16+PASSENGER

AT:  17 INSTITUTE DR, CONCORD, NH 03301

On 10/13/2021 at 11:00AM in MERRIMACK County NH, did commit the offense of:

RSA Name:          DISORDERLY CONDUCT

Contrary to RSA:          644:2

Inchoate:

(Sentence Enhancer):

And the laws of New Hampshire for which the defendant should be held to answer, in that the defendant did:

Purposely caused a breach of the peace and public inconvenience by disrupting the orderly conduct of business of a Governor and Executive Council Meeting at the New Hampshire Police Standards and Training Council facility in Concord, New Hampshire, after receiving a warning from Governor Sununu and New Hampshire State Troopers that continued verbal disruptions would result in arrest, to wit yelling: "You guys just took a thousand dollars from his father" and/or "What is wrong with you guys"

against the peace and dignity of the State.

☐ SERVED IN HAND

| _____ | CHARLES O'LEARY | NEW HAMPSHIRE STATE POLICE - TROOP D |
|---|---|---|
| Complainant Signature | Complainant Printed Name | Complainant Dept. |

Making a false statement on this complaint may result in criminal prosecution.

Oath below not required for police officers unless complaint class A misdemeanor or felony (RSA 592-A:7.I).

Personally appeared the above named complainant and made oath that the above complaint by him/her subscribed is, in his/her belief, true.

_____          _____

Date          Justice of the Peace

NH-JB-2962-D(6/27/2016)

00050