**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
************************************
Marylyn Todd,                         *
Albert Todd,                          *
John Schmitt, and,                    *
Monica Holm                           *
                                      *
            Plaintiffs,               *
     v.                               *      No. 1:24-cv-00330-SE-TSM
                                      *
Christopher Sununu,                   *
Sergeant Meghan Walsh,                *
Trooper Derek Myrdek,                 *
Trooper Brandon Rivard,               *
Trooper Daniel Livingstone,           *
Captain Chad Lavoie,                  *
Captain Mark Hall,                    *
Trooper Brandon Stubbs,               *
Trooper Charles O'Leary,              *
New Hampshire State Police, and,      *
John Does 1-10                        *
                                      *
            Defendants.               *
                                      *
************************************
```

## MOTION TO DISMISS

NOW COME Defendants, Christopher Sununu, Sergeant Meghan Walsh, Trooper Derek Myrdek, Trooper Brandon Rivard, Trooper Daniel Livingstone, Captain Chad Lavoie, Captain Mark Hall, Trooper Brandon Stubbs, and Charles O'Leary (collectively, the "Individual Defendants"), the New Hampshire State Police ("NHSP"), who move and state as follows:

1.    Defendants have filed a Memorandum of Law in support of this Motion to Dismiss of near or even date herewith.

2.    The arguments presented in said Memorandum of Law are hereby incorporated as if fully restated herein.

3.      For the reasons stated in the accompanying Memorandum of Law, Plaintiffs'

claims warrant dismissal.

WHEREFORE, Defendants respectfully request that this Honorable Court:

A.      Dismiss Plaintiffs' Amended Complaint; and

B.      Grant such other and further relief as justice may require.

Respectfully submitted,

Former Governor Christopher Sununu,
in his individual capacity,

By his attorneys,

JOHN M. FORMELLA
NEW HAMPSHIRE ATTORNEY GENERAL

Dated: July 31, 2026

/s/ Shawna P. Bentley
Shawna P. Bentley, Bar #270149
Assistant Attorney General
Civil Bureau
NH Department of Justice
1 Granite Place South
Concord, NH 03301
shawna.bentley@doj.nh.gov
(603) 271-3650

and

Sergeant Meghan Walsh, Trooper Derek Myrdek,
Trooper Brandon Rivard, Trooper Daniel
Livingstone, Captain Chad Lavoie, Captain Mark
Hall, Trooper Brandon Stubbs, and Charles
O'Leary, in their individual capacities, and The
New Hampshire Department of Safety, Division of
State Police,

By their attorneys,

JOHN M. FORMELLA
NEW HAMPSHIRE ATTORNEY GENERAL

Dated: July 31, 2026

/s/ Christina M. Wilson
Christina M. Wilson, Bar # 268553
Senior Assistant Attorney General
Bureau of Public Safety and Infrastructure
NH Department of Justice
1 Granite Place South
Concord, NH 03301
christina.m.wilson@doj.nh.gov
(603) 271-3675

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing was sent, this day, via ECF to parties of record.

Date: July 31, 2026

/s/ Shawna P. Bentley
Shawna P. Bentley